Mabel G. Michie and William S. Cooper, Appellants, v. Richard Limburg, Individually and as Director of The Northern Pyrites Company, and Others, Respondents, Impleaded with Charles B. Stranahan.— Order affirmed, with ten dollars costs and ·disbursements. No .opinion. Hirschberg, P. J., Burr, Rich and Miller, JJ., concurred.

John G. Mott, Respondent, v. Degnon Realty and Terminal Improvement Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Miller, JJ., concurred; Jenks and Burr, JJ., dissented.

Pher Nelson and Harold Nelson, Copartners, Doing Business under the Firm Name and Style of "The Nelson Company," Respondents, v. Frank G. Terwil. leger, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

New Rochelle Coal ˙ and Lumber Company, a Corporation, Respondent, v. Angelina Merlino, Appellant.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

The New York Central and Hudson River Railroad Company, Respondent, v. Catherine Gillingham and Others, Defendants, Impleaded with Rocco M. Marasco and Others, Appellants.— Final order affirmed, with costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred.

Norton and Gorman Contracting Company, Respondent, v. Uvalde Asphalt Paving Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Ivar Nylin, Respondent, v. Queens Borough Gas and Electric Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.